(59 South. 1012.)

No. 19,541.

STATE v. FAULK.

(Nov. 4, 1912.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Winston Overton, Judge.

Raymond Faulk was convicted of abduction

and a motion was made to dismiss the appeal. Appeal dismissed.

E. L. Stewart, of Lake Charles, and Percy T. Ogden, of Crowley, for appellant. R. G. Pleasant, Atty. Gen., and Joseph Moore, Dist. Atty., and A. R. Mitchell, Acting Dist. Atty., both of Lake Charles (G. A. Gondran, Asst. Atty. Gen., of counsel), for the State.

BREAUX, C. J. The District Attorney filed an information against defendant charging him with abduction. He was tried, found guilty and sentenced. He moved to dismiss the appeal. It is dismissed.